| | | | | |
|---|---|---|---|---|
| Cook v. State | 110,855 | Denied | 06/29/2015 | Unpublished |
| Cosby v. State | 109,880 | Denied | 08/04/2015 | Unpublished |
| Cottrell v. Keystone Grazing Association | 110,649 | Denied | 09/24/2015 | Unpublished |
| Cox v. State | 109,593 | Denied | 06/30/2015 | Unpublished |
| Creegan v. State | 111,082 | Granted | 10/07/2015 | Unpublished |
| David v. Travelers Home & Marine Ins. Co. | 110,769 | Denied | 08/20/2015 | Unpublished |
| Davis v. Kristan | 110,607 | Denied | 07/27/2015 | Unpublished |
| Davis v. State | 110,107 | Denied | 07/27/2015 | Unpublished |
| Deaver v. Board of Lyon County Comm'rs | 110,547 | Denied | 09/14/2015 | Unpublished |
| Dudley v. State | 110,925 | Denied | 07/22/2015 | Unpublished |
| Edgar v. State | 110,551 | Denied | 09/14/2015 | Unpublished |
| Ellmaker v. State | 108,728 | Denied | 07/24/2015 | Unpublished |
| Farley v. Above Par Transportation | 110,507 | Denied | 07/24/2015 | 50 Kan. App. 2d 866 |
| First National Bank of Hutchinson v. United Rentals Northwest, Inc. | 109,664 | Denied | 07/24/2015 | Unpublished |
| First National Bank of Omaha v. Price | 111,062 | Denied | 07/22/2015 | Unpublished |
| First Tribune Ins. Agency, Inc. v. Turner | 108,188 | Denied | 06/29/2015 | Unpublished |
| Franklin v. State | 110,331 | Denied | 07/27/2015 | Unpublished |
| FV-I, Inc. v. Kallevig | 111,235 | Granted | 10/09/2015 | Unpublished |
| Gamble v. State | 110,965 | Denied | 07/24/2015 | Unpublished |
| Garrett v. State | 110,176 | Denied | 07/24/2015 | Unpublished |
| Giddens v. Via Christi Regional Med. Center | 110,856 | Denied | 08/20/2015 | Unpublished |
| Gillespie v. State | 110,615 | Denied | 07/21/2015 | Unpublished |
| Gomez v. National Beef Packing Co. | 110,521 110,522 | Denied | 07/22/2015 | Unpublished |
| Gonzales v. State | 109,157 | Denied | 07/21/2015 | Unpublished |
| Goodland RRHD v. Barrera | 110,248 | Denied | 06/29/2015 | Unpublished |
| Gorman v. Kansas Dept. of Revenue | 110,765 | Denied | 08/04/2015 | Unpublished |
| Hamilton v. Riley County Law Enforcement Agency | 110,727 | Denied | 06/29/2015 | Unpublished |
| Haywood v. State | 110,437 | Denied | 07/24/2015 | Unpublished |
| Hoeffner v. Kansas Dept. of Revenue | 110,323 | Granted | 10/02/2015 | 50 Kan. App. 2d 878 |
| Hopkins v. State | 110,941 | Denied | 09/14/2015 | Unpublished |
| Horn v. State | 111,069 | Denied | 08/20/2015 | Unpublished |
| Howe v. Freund | 111,035 | Denied | 08/04/2015 | Unpublished |
| In re Adoption of T.S.C.F. | 112,605 | Denied | 09/14/2015 | Unpublished |
| In re Care & Treatment of Strait | 110,028 | Denied | 06/29/2015 | Unpublished |
| In re Care & Treatment of Wright | 110,539 | Denied | 10/07/2015 | Unpublished |
| In re D.S. | 112,609 | Denied | 07/27/2015 | Unpublished |